# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-cr-98-17 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| PATRICK MILLER ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

Before the Court is Defendant Patrick Miller's motion for early termination of supervised release (Doc. 27). Title 18, Section 3583(e)(1), of the United States Code provides:

> [t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
>
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. § 3583(e). Defendant has served three years and five months of his five-year term of supervised release, and reports that while on supervision he attended Chattanooga State Community College, received his CDL certification, and has earned a living by driving 18-wheeler trucks. (Doc. 27, at 1.) Pursuant to 18 U.S.C. § 3583(e)(1), the Court "is satisfied that [early termination] is warranted by the conduct of the defendant released and in the interest of justice." Accordingly, Defendant's motion for early termination of supervised release is **GRANTED** and his term of supervision is **TERMINATED**.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**